THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles
 Williams, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No.  2010-UP-221
Submitted  March 1,2010  Filed March 29,
 2010
Affirmed

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Michelle J. Parsons, all of Columbia; and Solicitor Christina
 T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Charles Williams appeals his convictions for second
 degree criminal sexual conduct with a minor and lewd act upon a minor. 
 Williams argues the trial court erred in allowing the admission of his
 statement indicating he fondled and rubbed the victim.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: State v. Burton, 326 S.C. 605, 613, 486 S.E.2d 762, 765 (Ct.
 App. 1997) (finding in camera admissibility ruling insufficient to preserve
 issue for appeal where testimony from two witnesses was presented, a break was
 taken after the ruling and before the testimony at issue was presented, and
 defendant failed to contemporaneously object).  
Affirmed.
SHORT, WILLIAMS, and 
lOCKEMY, jj., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.